Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | GUIORA, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and doing business as names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 85-1284157 |
| 4. | Debtor's address | **Principal place of business**<br>2140 S. Dupont Highway<br>Camden, DE 19934<br>Number, Street, City, State & ZIP Code<br><br>Kent<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>705 N. Alta Drive Beverly Hills, CA 90210<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor   **GUIORA, LLC**                                                                                 Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  GUIORA, LLC
         Name                                                        Case number (if known)

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____          Relationship _____
    District _____  When _____  Case number, if known _____

11. **Why is the case filed in this district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ☒ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
                          Number, Street, City, State & ZIP Code

    Is the property insured?
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name    _____
            Phone           _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☒ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ☐ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Debtor  GUIORA, LLC
        Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **GUIORA, LLC**
        Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 10, 2021**
             MM / DD / YYYY

X _____     **Haim Revah**
Signature of authorized representative of debtor    Printed name

Title  **Designated Officer**

**18. Signature of attorney**

X  *Richard M. Beck*
Signature of attorney for debtor

Date  **March 10, 2021**
      MM / DD / YYYY

**Richard M. Beck**
Printed name

**Klehr Harrison Harvey Branzburg LLP**
Firm name

**919 N. Market Street
Suite 1000
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **215 569-2299**     Email address  **rbeck@klehr.com**

**DE 3370**
Bar number and State

RESOLUTIONS OF GUIORA, LLC
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE

Haim Revah and Lucinda Revah, hereby certify as follows:

1. We are Trustees of the Haim and Lucinda Revah Living Trust established June 2, 2005, as amended, the sole member of Guiora, LLC, a Delaware limited liability company (the "Company").

2. At a special meeting of the Company's members, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, that Haim Revah or his designee (the "Designated Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case.

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all actions which the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members.

FURTHER RESOLVED, that the Company hereby retains Klehr Harrison Harvey Branzburg LLP ("Klehr") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Designated Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Klehr; and

FURTHER RESOLVED, that the Designated Officer, on behalf of the Company, is authorized to retain Novian & Novian LLP ("Novian") as Special Litigation Counsel to the Company, effective as of the date the bankruptcy petition is filed, and in connection therewith, the Designated Officer is hereby authorized and directed to execute an appropriate retention agreement, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Novian.

Dated: March 10, 2021

**GUIORA, LLC**
a Delaware limited liability company

By: _____
Haim Revah, as trustee of the Haim and Lucinda Revah Living Trust established June 2, 2005, as amended, its sole member

By: _____
Lucinda Revah, as trustee of the Haim and Lucinda Revah Living Trust established June 2, 2005, as amended, its sole member

### Fill in this information to identify the case:

Debtor name: **GUIORA, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration     **Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2021**     X _/s/_____
Signature of individual signing on behalf of debtor

**Haim Revah**
Printed name

**Designated Officer**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: GUIORA, LLC
United States Bankruptcy Court for the: DISTRICT OF DELAWARE
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| GUIORA, LLC, | ) Case No. 21-(____) (__) |
| Debtor. | ) |

**LIST OF EQUITY SECURITY HOLDERS OF GUIORA, LLC**[1]

| Debtor | Equity Holders | Percentage of Equity Held |
|---|---|---|
| Guiora, LLC | Haim and Lucinda Revah Living Trust established June 2, 2005, as amended | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of this chapter 11 case.

Rider 1

PHIL1 9384792v.1

**United States Bankruptcy Court**
**District of Delaware**

In re    GUIORA, LLC

Debtor(s)

Case No.
Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Designated Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 10, 2021

Haim Revah/Designated Officer
Signer/Title

```
GUIORA, LLC
2140 S. DUPONT HIGHWAY
CAMDEN, DE 19934

RICHARD M. BECK
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. MARKET STREET
SUITE 1000
WILMINGTON, DE 19801

OFFICE OF THE U.S. TRUSTEE
844 KING STREET
SUITE 2207
WILMINGTON, DE 19801

AARON J. MALO, ESQ.
SHEPPARD, MULLIN, RICHTER & HAMPTON
650 TOWN CENTER DRIVE, 10TH FLOOR
COSTA MESA, CA 92626

COMERICA BANK
REGISTERED AGENT
CORPORATE CREATIONS NETWORK INC.
4640 ADMIRALTY WAY, 5TH FLOOR
MARINA DEL REY, CA 90292

COMERICA BANK
1717 MAIN STREET, MC 6506
DALLAS, TX 75201

COMERICA BANK
1 MORTGAGE WAY
MOUNT LAUREL, NJ 08054

COMERICA BANK
C/O PHH MORTGAGE SERVICES
P.O. BOX 5452
MOUNT LAUREL, NJ 08054-5452

DELAWARE DIVISION OF REVENUE
ATTN: BANKRUPTCY ADMINISTRATOR
CARVEL STATE BUILDING
820 N. FRENCH STREET, 8TH FLOOR
WILMINGTON, DE 19801

FRANCHISE TAX BOARD
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346
```

JERRY KAY, ESQ.
SKLAR KIRSCH LLP
1880 CENTURY PARK EAST, SUITE 300
LOS ANGELES, CA 90067

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES, CA 90054-0110

NATIONAL MORTGAGE RESOURCES
595 S. BURLINGAME AVENUE
LOS ANGELES, CA 90049

NATIONAL MORTGAGE RESOURCES
REGISTERED AGENT
STEVEN MILLER
1105 SKYLINE DRIVE
LAGUNA BEACH, CA 92651

WELLS FARGO BANK, N.A.
REGISTERED AGENT
CORPORATION SERVICES COMPANY
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO, CA 95833